■ In the Matter of SAMANTHA P., a Child Alleged to be Neglected. CONCORD FAMILY SERVICES, INC., Respondent; BETHANN G., Also Known as BETHANN P., Appellant. [746 NYS2d 844]

The determination whether to relieve a party of an order entered upon his or her default is a matter left to the sound discretion of the Family Court (*see Matter of Samaria Ann B.,* 293 AD2d 532; *Matter of Latisha I.,* 238 AD2d 340). Contrary to the mother's contention, the Family Court providently exercised its discretion in denying her motion to vacate her default in appearing at the fact-finding and dispositional hearings since she did not offer a reasonable excuse for twice failing to appear in court on dates scheduled for commencement of the hearing, and did not demonstrate the existence of a meritorious defense to the termination petition (*see Matter of Samaria Ann B., supra; Matter of Tiffany L.,* 294 AD2d 365; *Matter of Adam S.,* 287 AD2d 723; *Matter of Willie Mays J.,* 287 AD2d 504, *lv denied* 97 NY2d 610). We note that the mother's recent rehabilitative efforts do not constitute a meritorious defense (*see Matter of Adam S., supra*). O'Brien, J.P., Krausman, Schmidt and Cozier, JJ., concur.